IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAUNTE' T. WRIGHT,
    Petitioner,

v.                                      Case No.:  3:05cv468/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## **ORDER**

This cause is before the court upon Petitioner's filing a second amended petition for writ of habeas corpus (Doc. 32).  The petition is in proper form, and the appropriate number of service copies have been provided.

Respondent will now be required to file an answer to the second amended petition in accordance with the provisions set forth in this court's December 14, 2005 order directing service of the original petition (s*ee* Doc. 7).  The answer shall be filed within sixty (60) days from the date this order is docketed.  Upon receipt of the answer, Petitioner will be given an opportunity to reply.

Upon receipt of the answer and Petitioner's reply, the court will review the file to determine whether an evidentiary hearing is required.  An evidentiary hearing will not be required unless consideration of disputed evidence outside the state court record appears necessary to the court.  If it is determined that an evidentiary hearing is not required, the court will make such disposition of the petition as justice requires pursuant to § 2254 Rule 8(a).

Accordingly, it is **ORDERED**:

1.      The clerk shall send a copy of the second amended petition (Doc. 32) along with this order to Respondent and the Attorney General of the State of Florida.

2.      Respondent shall have **SIXTY (60) DAYS** from the date this order is entered on the docket in which to file an answer as directed by this order and the court's December 14, 2005 order.

**DONE AND ORDERED** this <u>1st</u> day of November 2006.


          <u>*/s/ Elizabeth M. Timothy*</u>
          **ELIZABETH M. TIMOTHY**
          **UNITED STATES MAGISTRATE JUDGE**